E-FILED:8-19-11

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEX ANDAYA | CASE NUMBER |
| PLAINTIFF(S) VS. | CV11-01224-PSG (DTBx) |
| EMC MORTGAGE CORPORATION DEFENDANT(S). | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |

On June 23, 2011, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. A written response to this Order to Show Cause was ordered to be filed no later than July 14, 2011.

To date, no Proof of Service or Response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: __08-19-11_____

Philip S. Gutierrez

U.S. District Judge